# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**LINDA MICHAEL,**

    **Plaintiff,**

**v.**	Case No. 4:23-cv-506-AW-MAF

**RON DESANTIS,**

    **Defendant.**

_____/

## ORDER OF DISMISSAL

Plaintiff Linda Michael, a prisoner, filed this action without paying the filing fee or filing an IFP motion. The magistrate judge recommends dismissal because Michael is a three-striker and has not alleged "imminent danger of serious physical injury." ECF No. 3 (quoting 28 U.S.C. § 1915(g)). In her objection, Michael says she is not seeking to proceed IFP; she plans to pay the fee but needs time. ECF No. 4.

The objection is overruled. A plaintiff who is not proceeding IFP must submit the filing fee "simultaneously" with the filing of the case. N.D. Fla. Loc. R. 5.3; *see also* 28 U.S.C. § 1914(c) ("Each district court by rule or standing order may require advance payment of fees."). Plaintiff notes she "is **not** filing in forma pauperis." ECF No. 4 (emphasis in original). So she had to pay the fee when she filed the case. She did not, and that failure warrants dismissal.

1

2

The magistrate judge's recommended disposition is approved. The clerk will enter judgment that says, "This case is dismissed without prejudice for failure to pay the filing fee." The clerk will then close the file.

If Plaintiff wishes to file a new action and simultaneously pay the filing fee, she may do so.

SO ORDERED on December 21, 2023.

s/ *Allen Winsor*
United States District Judge